①

# In The United States District Court For The District Of Massachusetts

Ramesh Seshan
    Petitioner

                     Civil No. 4:20-11663-DHH

V.

Stephen Spaulding
    Respondent,

---

## Petitioners Objection To The Recomendations Of The District Judge

---

### Introduction

Now comes, Ramesh Seshan the petitioner pro-se and moves this Honorable Court and request a new review of the filing fee. The Petitioner paid the filing fee of $5.00 by way of money order within the 21 day time period of docket number (4)

### Objection

The Petitioner object to the dismissal of this 2241 proceeding

due to failure to pay the filing fee of u.s.c 2241. In September of 2020 Petitioner's family sent a five dollar money order to the United States District Court for the District of Massachusetts. After service of this notice for failure to pay, the Petitioner contact his family about this matter, who in turn contact the store in which the money order was purchase from. The store track the money order (money Gram # 7771927805) (4) and discovered that the money order was cashed on October 9, 2020.

Therefore, the Petitioner object to this recommendation of the District Court.

Conclusion

Based, on the foregoing the Petitioner request that this Honorable Court review the matter of the filing fee again

Date: 11/15/2020

Respectfully Submitted

Ramesh Seshan

Ramesh Seshan
Reg# 92228-054
F.M.C Devens
P.O. Box 879
Ayer, MA 01432

Certificate of Service

I Ramesh Seshan, hereby certify that foregoing was sent VIA first class mail, postage prepaid using the United States Postal Service to the following:

Stephen Spaulding Office
Federal Medical Center Devens

Date: 11/15/2020

Respetfully Submitted
Ramesh Seshan
Ramesh Seshan
Reg# 92228-054
Federal Medical Center Devens
P.O. Box 879
Ayer, MA 01432

FILED IN CLERKS OFFICE 2020 NOV 19 PM 1:30 U.S. DISTRICT COURT DISTRICT OF MASS.

Ramesh Seshan 92228-054
Federal medical Center Devens
P.O. Box 879 Ayer, MA 01432

Office of the Clerk
U.S.D.C
John Joseph Moakley Courthouse
1 Courthouse WAY
Boston, MA 02210