# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMESH SESHAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Civil Action No. 20-CV-11663-IT |
| | ) |
| WARDEN A. BONCHER, | ) |
| | ) |
| Respondent. | ) |
| | ) |

## AMENDED CERTIFICATE OF SERVICE

The Respondent, A. Boncher, Warden of Federal Medical Center, Devens, Massachusetts ("Respondent"), by his attorney, Nathaniel R. Mendell, Acting United States Attorney for the District of Massachusetts, respectfully files an amended certificate of service for his Motion to Dismiss, or in the alternative, for Summary Judgment and Memorandum in Support, filed on February 26, 2021 ("Motion"). Dkts. 23 & 24. On February 26, 2021, the undersigned counsel sent an email to the assigned legal assistant, asking her to serve a filed copy of the Motion on the pro se petitioner. The legal assistant responded in the affirmative to the request, and the undersigned had no reason to believe that the task had not been completed. On June 8, 2021, the Petitioner filed a Motion for Summary Judgment, asserting that the Respondent had not responded to the Petition. Dkt. 25. On June 8, 2021, the undersigned inquired of the legal assistant as to whether service had been completed and, on June 9, 2021, learned that no record could be found of service of the Motion on the Petitioner. Undersigned counsel apologizes for the inadvertent error and immediately sought to correct it. On June 9, 2021, a copy of the Motion (Dkts. 23, 24, 24-1, 24-2, & 24-3) was sent to the Petitioner at the following address:

Ramesh Seshan
#92228-054
FMC Devens
Inmate Mail/Parcels
P.O. BOX 879
AYER, MA 01432

NATHANIEL R. MENDELL
Acting United States Attorney

By:  */s/ Erin E. Brizius*
Erin E. Brizius
Assistant United States Attorney
United States Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3398
Erin.E.Brizius2@usdoj.gov

Dated: June 9, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on the date of filing, this document was mailed to the pro se petitioner at the following address:

Ramesh Seshan
#92228-054
FMC Devens
Inmate Mail/Parcels
P.O. BOX 879
AYER, MA 01432

*/s/Erin E. Brizius*
Erin E. Brizius
Assistant United States Attorney

Dated: June 9, 2021