# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMESH SESHAN,<br><br>    Petitioner,<br><br>  v.<br><br>A. BONCHER, WARDEN,<br>FMC DEVENS,<br><br>    Respondent.¹ | CIVIL ACTION<br>NO. 20-CV-11663-IT |

## ORDER
**July 30, 2021**

Hennessy, M.J.

On February 26, 2021, Respondent A. Boncher filed a timely motion seeking dismissal or in the alternative summary judgment against pro se Petitioner Ramesh Seshan's petition for a Writ of Habeas Corpus. [Dkt. No. 23]. The motion contains certification of service on Petitioner. [Id.]. On June 7, 2021, Petitioner filed a motion for summary judgment, alleging that Respondent failed to respond to his petition. [Dkt. No. 25]. On June 9, 2021, in an amended Certificate of Service, Respondent acknowledged that there was no record of service of the motion on the Petitioner. [Dkt. No. 26]. That same day, Respondent corrected the error, and Petitioner has now been served. [Id.]. To ensure that no prejudice results from Respondent's error, Petitioner, if he wishes to be heard on the motion, is hereby **ORDERED** to file a response to the motion by **August 20, 2021**.

                /s/ David H. Hennessy
                David H. Hennessy
                United States Magistrate Judge

---

[1] The original Respondent in this case was Stephen Spaulding. Since the filing of this petition, Boncher succeeded Spaulding as the Warden of FMC Devens. Boncher is therefore the correct Respondent in this case.